IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 C 4182 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | |
| SCULLY, HUNTER, & SCULLY, INC., | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR
ENTRY OF JUDGMENT**

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and LISA M. SIMIONI, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, pursuant to Fed. R. Civ. P. 55, move the Court to enter: (1) an Order finding Defendant, SCULLY, HUNTER, & SCULLY, INC., in default; and (2) a Judgment in favor of Plaintiffs and against Defendant in the amount of $44,246.20. In support of this Motion, Plaintiffs state:

1.  Plaintiffs filed their Complaint on July 25, 2007, seeking recovery of delinquent contributions, late charges, attorneys' fees, and court costs under the Collective Bargaining Agreements ("Agreements") in effect between Defendant and Plaintiffs pursuant to ERISA, 29 U.S.C. §§1132 and 1145 and the LMRA, 29 U.S.C. §185.

1

2. On August 7, 2007, Defendant was served with a copy of the Summons and Complaint. The original Return of Service was filed with the Clerk of Court and a true and correct copy of the Return is attached hereto as Exhibit A.

3. Defendant was required to appear and answer or otherwise plead on or before August 27, 2007.

4. As of the filing of this Motion, Defendant has not filed an appearance, answer, or otherwise pled and is in default.

5. Plaintiffs' damages are calculated as follows:

| | |
|---|---|
| $803.59 | Interest on unpaid contributions for period January and February, 2004, January through May, 2005, July through December, 2005, per §9.8 of the Agreements (see Affidavit of Kevin C. Sherlock, ¶8 attached hereto as Exhibit B) |
| $2,261.33 | Liquidated Damages for period January and February, 2004, January through May, 2005, July through December, 2005, per §9.8 of the Agreements (see Affidavit of Kevin C. Sherlock, ¶8 attached hereto as Exhibit B) |
| $21,594.66 | Delinquent contributions for period January through June, 2006, and September through December, 2006, per ERISA, 29 U.S.C. §1145 and §9.8 of the Agreements (see Affidavit of Kevin C. Sherlock, ¶9 attached hereto as Exhibit B) |
| $5,538.20 | Interest on unpaid contributions for period January through June, 2006, and September through December, 2006, per §9.8 of the Agreements through December 1, 2007 (see Affidavit of Kevin C. Sherlock, ¶10 attached hereto as Exhibit B) |
| $1,727.57 | Liquidated Damages per §9.8 of the Agreements (see Affidavit of Kevin C. Sherlock, ¶10 attached hereto as Exhibit B) |

| | |
|---|---|
| $6,341.79 | Double Interest on unpaid contributions per ERISA, 29 U.S.C. §1132(g)(2)(B) |
| $5,979.06 | Attorneys' fees and costs per ERISA, 29 U.S.C. §1132(g)(2)(D), and §9.8 of the Agreements (see Affidavit of Douglas A. Lindsay attached hereto as Exhibit C) |
| $44,246.20 | Total as of December 13, 2007 |

6. Plaintiffs request the Court to enter a Judgment Order, in the form attached hereto as Exhibit D.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., request the Court to enter: (1) an Order finding Defendant, SCULLY, HUNTER, & SCULLY, INC., in default; and (2) a Judgment in favor of Plaintiffs and against Defendant in the amount of $44,246.20.

JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and LISA M. SIMIONI

By: _____
Lisa M. Simioni
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
312.580.1248

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
312.580.1200

3

## PROOF OF SERVICE

I served a copy of the foregoing PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT upon:

    Scully, Hunter & Scully, Inc.
    c/o Sally M. Hunter, Its Registered Agent
    1084 Gloria Drive
    Elk Grove, IL 60007

by placing true and correct copies thereof in sealed envelopes addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Chicago, Illinois on November 29, 2007, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

                                              Executed on November 29, 2007

                                              Christine Usyak

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
312.580.1200